UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER GARCIA, et al.,<br><br>    Defendants. | 1:05-CV-01034-OWW-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, OR TO PAY FILING FEE<br><br>(DOCUMENT #7) |

On October 18, 2005, plaintiff filed a motion for an extension of time to submit a new application to proceed in forma paupers and a certified copy of his prison trust account statement, or in the alternative, to pay the $250.00 filing fee, in compliance with the court's order of September 26, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $250.00 filing fee.

IT IS SO ORDERED.

**Dated:   November 3, 2005**           /s/ Sandra M. Snyder
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE