# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON, | CASE NO. 1:05-CV-01034-OWW-SMS-P |
| Plaintiff, | ORDER DENYING REQUEST FOR ASSISTANCE AS UNNECESSARY |
| v. | (Doc. 15) |
| OFFICER GARCIA, et al., | |
| Defendants. | |

On January 5, 2006, plaintiff filed a letter seeking the court's assistance in helping him obtain his completed in forma pauperis application from his counselor so that he may submit it to the court. Plaintiff was granted leave to proceed in forma pauperis in this action on December 9, 2005. Accordingly, plaintiff's request for assistance, filed on January 5, 2006, is unnecessary and is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    January 6, 2006**           **/s/ Sandra M. Snyder**
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE