UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM O. ROBINSON, | ) | 1:05-CV-01034-OWW-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS |
| v. | ) | (DOCUMENT #22) |
| | ) | |
| OFFICER GARCIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 11, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's Findings and Recommendations filed on June 29, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   August 9, 2006**          /s/ Sandra M. Snyder
i0d3h8                               UNITED STATES MAGISTRATE JUDGE