# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON, | CASE NO. 1:05-CV-01034-OWW-SMS-P |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING, AND DIRECTING CLERK'S OFFICE TO RETURN PROPOSED SECOND AMENDED COMPLAINT TO PLAINTIFF |
| v. | |
| OFFICER GARCIA, et al., | (Docs. 24 and 25) |
| Defendants. / | |

Plaintiff William O. Robinson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 1, 2006, plaintiff filed a motion seeking an extension of time to file a second amended complaint, along with a proposed second amended complaint.[1] However, plaintiff failed to sign his motion. All filings submitted by the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Pursuant to paragraph two of the First Informational Order, plaintiff's motion is HEREBY STRICKEN FROM THE RECORD for lack of signature, and the Clerk's Office SHALL RETURN to plaintiff his proposed second amended complaint.

IT IS SO ORDERED.

**Dated:    September 11, 2006**              **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE

---

[1] A Findings and Recommendations recommending dismissal of this action for failure to state a claim has been issued. On August 10, 2006, plaintiff was granted a thirty-day extension of time to file an objection, but plaintiff has not yet done so.

1