1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM O. ROBINSON,              1:05-cv-01034-OWW-SMS-P

12            Plaintiff,         **ORDER ADOPTING FINDINGS AND**
                                 **RECOMMENDATIONS AND DISMISSING**
13   vs.                         **ACTION, WITH PREJUDICE, FOR**
                                 **FAILURE TO STATE A CLAIM**
14   OFFICER GARCIA, et al.,

15            Defendants.        **ORDER THAT DISMISSAL SHALL**
                                 **COUNT AS A STRIKE UNDER 28**
16                               **U.S.C. § 1915(G)**

17   _____/

18

19        Plaintiff William O. Robinson ("plaintiff"), a state

20   prisoner proceeding pro se and in forma pauperis, has filed this

     civil rights action seeking relief under 42 U.S.C. § 1983.  The
21
     matter was referred to a United States Magistrate Judge pursuant
22
     to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
23
          On June 29, 2006, the Magistrate Judge filed a Findings and
24
     Recommendations herein which was served on plaintiff and which
25
     contained notice to plaintiff that any objection to the Findings
26
     and Recommendations was to be filed within thirty days.  On
27
     August 10, 2006, the court granted plaintiff an additional thirty
28

                                    1

days within which to file an objection, but to date, plaintiff has not objected to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed June 29, 2006, is ADOPTED IN FULL;

2.   This action is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted under section 1983; and

3.   This dismissal shall count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   November 10, 2006**               _____/s/ Oliver W. Wanger_____
emm0d6                                        UNITED STATES DISTRICT JUDGE